UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HARVEY WATKINS BOOKER, III | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:22-CV-609-SDJ |
| | § | |
| CAPITAL ONE AUTO FINANCE | § | |
| CORPORATION, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 1, 2023, the Report of the Magistrate Judge, (Dkt. #13), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Harvey Watkins Booker, III's "Affidavit of Amount Owed by the Defendant and Request for Default Judgment by Clerk with Sum Certain per Red. [sic] R. Civ. Proc. 55(b)(1)," (Dkt. #5), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that *pro se* Plaintiff Harvey Watkins Booker, III's "Affidavit of Amount Owed by the Defendant and Request for Default Judgment by Clerk with Sum Certain per Red. [sic] R. Civ. Proc. 55(b)(1)," (Dkt. #5), is **DENIED**.

**So ORDERED and SIGNED this 3rd day of March, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE