UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HARVEY WATKINS BOOKER, III § | |
| § | |
| v. § | CIVIL CASE NO. 4:22-CV-00609-SDJ-AGD |
| § | |
| CAPITAL ONE AUTO FINANCE § | |
| CORPORATION, ET AL. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 20, 2023, the Report and Recommendation of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion to Proceed *In Forma Pauperis* be denied and that Plaintiff's claims be dismissed without prejudice. Defendant timely filed an objection to the Report (Dkt. #19).

Having assessed the Report, the record in this case, and having conducted a de novo review of the objection, the Court determines that the objection is without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis*, is **DENIED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 4th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE