UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HARVEY WATKINS BOOKER, III | § |
| | § |
| v. | §   CIVIL CASE NO. 4:22-CV-00609-SDJ-AGD |
| | § |
| CAPITAL ONE AUTO FINANCE | § |
| CORPORATION, ET AL. | § |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be dismissed without prejudice, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that all of Plaintiff Harvey Watkins Booker, III's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 6th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE